AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN                    DISTRICT OF              TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Juan Luis Mendez-Valtierra

**CRIMINAL COMPLAINT**

Case Number:  M-19-784-M

IAE        YOB:  1964
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 2, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Luis Mendez-Valtierra was encountered by Border Patrol Agents near La Grulla, Texas on April 2, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 1, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 26, 2018 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 22, 2017, the defendant was convicted of 8 USC 1326(a) and 8 USC 1326(b), Being found in the U.S. after previous deportation and sentenced to thirty (30) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

April 4, 2019   10:03 a.m.

Signature of Complainant
Nicolas Cantu, Jr.        Senior Patrol Agent

Juan F. Alanis       , U.S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer